# DONALD D. duBOULAY
ATTORNEY AT LAW
401 BROADWAY 25TH FLOOR
NEW YORK, NEW YORK 10013

PHONE (212) 966-3970
(917) 870-4869
COPIER (212) 941-7108

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 1 ℓ 2005 ★
BROOKLYN OFFICE**

ALTHEA E. SEABORN
Of Counsel,

ADMITTED IN CONNECTICUT
AND NEW YORK

December 6, 2005

*Application granted*

*So Ordered*

The Honorable Carol B. Amon
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

s/Carol B. Amon

Re: United States v. Radhakrishna Pillai
03 Cr.195 (JG)

Misc/Duty
12/8/05

Dear Judge Amon:

I write to you as the District Court judge on duty this week on behalf of Radhakrisna Pillai the above referenced defendant. Mr.Pillai was sentenced by Judge John Gleeson (who is not available this week), on March 27, 2004 to six months of incarceration, two years of supervised release and 200 hours of community service. Mr.Pillai has completed the terms of incarceration and community service and has adhered to all the other conditions of supervised release.

Mr. Pillai requests permission to travel to Kerala, India to visit his elderly and ailing Mother. If permitted Mr.Pillai would travel on or about December 13, 2005 and return two months later. Mr. Pillai's mother is 81 years old and suffers from a variety of ailments. She lives alone. Judge Gleeson has previously allowed Mr. Pillai to visit his mother in India for six weeks when she had Cataract surgery. If permitted to travel, Mr. Pillai would reside with his mother at her address: Shanmuka Preya Thalavada, Kerala India Tel (477) 221-2466.

I have discussed the travel plans with United States Probation Officer Ivan Ruhnke (212) 631-712-6331 and he consents to a one month visit only by Mr. Pillai.

Should the court allow Mr. Pillai's request, it is respectfully requested that the court direct Pre-trial services to release Mr. Pillai's passport to him.

Respectfully submitted

*Donald D. duBoulay*
Donald D. duBoulay

Cc: USPO Ivan Ruhnke
    Radhakrishna Pillai

# DONALD D. duBOULAY
ATTORNEY AT LAW
101 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10013

March 7, 2005

The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Radhakrishna Pillai, et al.
    01 Cr. 150 (JG)

Dear Judge Gleeson:

I write on behalf of Mr. Radhakrishna Pillai, the above-referenced defendant. Mr. Pillai was sentenced on March 27, 2001 to six months of incarceration and two years of supervised release. Mr. Pillai has completed the term of incarceration and has adhered to all the conditions of supervised release.

Mr. Pillai requests permission to travel to Kerala, India to visit his ailing mother. If permitted Mr. Pillai would travel on or about March 10, 2005 and return six weeks later. Mr. Pillai's mother is due to undergo cataract surgery and has a variety of ailments. She is eighty-two years old. Mr. Pillai has not seen his mother in three years and would like to be with her during the period of her convalescence. Mr. Pillai would reside with his mother at her address Shantaka Eroya Theistacadu, Kerala, India Tel 011-...

Mr. Pillai has discussed the travel plans with United States Probation Officer Jean Ruhnke (212) 805-...-6531 and he has no objections to Mr. Pillai's travel request.

Should the Court allow Mr. Pillai's request, it is respectfully requested that the Court issue an Pre-trial Services to release Mr. Pillai's expired passport, so that he may apply for an updated passport.