9 TRUMPET LN,
Commack, N.Y, 11725
2nd June, 2006

The Honorable John Gleason
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y 11701

*Granted*
*So ordered*
s/John Gleason



Re: United States v. Radhakrishna Pillai
03 Cr.195 (JG)

Dear Judge Gleason:

I, the above referenced defendant was sentenced by the court on March 27th, 2004 to six months of incarceration, two years of supervisory release and 200 hours of community service and $600 fine. I have completed the term of incarceration, paid the fine and have rendered the 200 hours of community service. I also have adhered to all other conditions of supervisory release.

I request permission to travel to Kerala, India to visit my mother. My mother has been suffering from a variety of ailments over the past two years. She had been in and out of the hospital several times during that period. I have already provided supporting documents – hospitalization/discharge papers - to the United States Probation Officer Ms Anie Dotzler (631) 712-6314. I would like to stay with my mother for an indefinite period of time to take care of her.

I have discussed the travel plans with Ms Dotzler, and she has no objection to my request, and she has asked me to write to you directly. My supervisory release ends in November of 2006. Therefore, I respectfully plead your honor to grant my request and release me from the remaining six months of my probation/supervisory release.

Respectfully submitted
Radhakrishna Pillai

Cc: USPO Anie Dotzler